**DISMISS and Opinion Filed January 26, 2023**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00863-CV

**HAPPY FAMILY APTS, Appellant**
**V.**
**ANTOINETTE CROW & ALL OTHER OCCUPANTS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02634-A**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein
Opinion by Chief Justice Burns

The filing fee and clerk's record in this case have not been filed. By postcard August 31, 2022, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. On December 8, 2022, we sent a letter informing appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification it had either paid for or made arrangements to pay for the record or was entitled to proceed without payment of costs. We cautioned

appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE


220863F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

HAPPY FAMILY APTS, Appellant

No. 05-22-00863-CV          V.

ANTOINETTE CROW & ALL
OTHER OCCUPANTS, Appellee

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-21-02634-
A.

Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered January 26, 2023